IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ISMAEL M. MIRANDA, et al.,<br><br>Defendants. | Case No. 20-cv-07684-CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court has reviewed the Report and Recommendation by United States Magistrate Judge Susan van Keulen (dkt. 29) concerning Plaintiff G & G Closed Circuit Events, LLC's motion for default judgment (dkt. 22) against Defendants Ismael M. Miranda and El Agave Restaurant, Inc. Magistrate Judge van Keulen recommended granting default judgment to Plaintiff. See R&R at 3-4. Magistrate Judge van Keulen recommended an award of $2,800 in damages jointly and severally against Defendants: $1,400 in statutory damages under 47 U.S.C § 553 and $1,400 for conversion. Id. at 5-7. Plaintiff objected, only arguing that this award, while well within the court's discretion, was insufficient for deterrence. See Objections (dkt. 32).

On de novo review, the Court concludes that Magistrate Judge van Keulen's Report and Recommendation is correct, thorough, and well-reasoned. See Fed. R. Civ. P. 72(b); Civ. L.R. 72-3. The Court therefore overrules Plaintiff's objections, ADOPTS the Report and Recommendation in full, and GRANTS Plaintiff's motion for default judgment as to its § 553 and conversion claims in the above-stated amounts. Because reasonable attorneys' fees and costs may be awarded pursuant to 47 U.S.C § 553(c)(2), counsel is ordered to file a properly supported request for attorneys' fees and costs within 14 days of this order.

**IT IS SO ORDERED.**

Dated: November 19, 2021

CHARLES R. BREYER
United States District Judge